# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

## ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1A

THIS MATTER comes before the Court on Defendant's Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Complaint.  The Court, having reviewed the Motion, the file, and otherwise being fully advised in the premises, hereby

ORDERS that Defendant's motion is granted.  Defendant shall have to and including May 21, 2007 within which to answer or otherwise respond to Plaintiff's Complaint.

DATED this 25th day of April, 2007.

                BY THE COURT:

                s/Richard P. Matsch

                United States District Court Judge