# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

---

THIS MATTER is before the Court on the Joint Motion to Amend Scheduling Order. The Court, having reviewed the Motion, the file, and otherwise being fully apprised, hereby

GRANTS the Joint Motion. The Scheduling Order is hereby amended as follows:

1.     the discovery cutoff deadline shall be extended to April 8, 2008; and

2.     the dispositive motions deadline shall be extended to May 7, 2008.

DATED this 13th day of February, 2008.

                                       BY THE COURT

                                       s/Richard P. Matsch

                                       _____

                                       The Honorable Richard P. Matsch
                                       United States District Court Judge