# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

THIS MATTER is before the Court on Defendant's Motion for Extension to Amend Scheduling Order. The Court, having reviewed the Motion, the file, and otherwise being fully apprised, hereby

GRANTS the Motion. The Scheduling Order is hereby amended to reflect the deadline of May 19, 2008, for completing discovery and filing dispositive motions.

DATED this 16th day of April, 2008.

                BY THE COURT

                s/Richard P. Matsch

                _____
                The Honorable Richard P. Matsch
                United States District Court Judge