IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.
_____

ORDER
_____

Upon consideration of plaintiff's motion to amend the Scheduling Order to permit limited and expedited discovery relating to the intended bankruptcy defense, it is

ORDERED that the motion is granted to the extent requested in the motion, which is to say five interrogatories and five requests for production of documents may be posed, and it is

FURTHER ORDERED that such discovery requests, once served, must be responded to by the defense within ten (10) days.

DATED: May 15th, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge