IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 16, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No. 07-cv-00724-RPM

| | |
|---|---|
| JENNIFER McINERNEY, | John Olsen |
|     Plaintiff, | |
| v. | |
| UNITED AIR LINES, INC., a Delaware corporation, | David Powell, Jr. |
| | Kimberly Danielson |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

**HEARING: Defendant's Motion for Summary Judgment (29) and Motion to Amend Answer (28)**

**10:24 a.m.**  **Court in session**.

Argument by Ms. Danielson on Defendant's Motion for Summary Judgment **(29)**.

**ORDERED:** Defendant's Motion to Amend Answer to Assert the Affirmative Defense of Discharge in Bankruptcy **(28)** is **denied**.

**ORDERED:** Defendant's Motion for Summary Judgment **(29)** is **denied**.

Mr. Olsen confirms withdrawal of ADA claim and withdraws Colorado claim.

Case will proceed to trial on Plaintiff's Title VII claim only.

**ORDERED:** Pretrial Conference set for **December 4, 2008, at 10:00 a.m.**

**10:41 a.m.**  **Court in recess/hearing concluded**.

Total in-court time: 00:17