IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

vs.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference convened today, it is

    ORDERED that this matter is set for trial to jury on **April 20, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED: December 4th, 2008

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge