**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  April 22, 2009
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 07-cv-00724-RPM

| | |
|---|---|
| JENNIFER MCINERNEY, | John R. Olsen |
| | Diane Brown |
| Plaintiff, | |
| v. | |
| UNITED AIR LINES, INC, a Delaware corporation, | David D. Powell, Jr. |
| | Leah VanLandschoot |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Three**

**9:00 a.m.        Court in session.**

Plaintiff Jennifer McInerney, defendant's client representative and in-house counsel Jeanne Nelli and Stephanie Pulcanio present.

Discussion between Court and Mr. Olsen regarding scheduling and Plaintiff's Exhibits 8 and 11.

Plaintiff's proffer regarding request to permit certain testimony from witnesses Dalvit and Benjamin in light of Court's previous ruling by Mr. Olsen.

Jurors present.

9:07 a.m.        Plaintiff's witness, Marion DeMaria, sworn.

Direct examination of Ms. DeMaria by Mr. Olsen.
Reference to the January 25, 2008 deposition transcript of Marion DeMaria.

9:12 a.m.        Cross examination of Ms. DeMaria by Ms. VanLandschoot

9:20 a.m.        Redirect examination of Ms. DeMaria by Mr. Olsen.

9:23 a.m.        Recross examination of Ms. DeMaria by Ms. VanLandschoot.

April 22, 2009
07-cv-00724-RPM

9:25 a.m.		Plaintiff's witness, Tom Hushion, sworn.

Direct examination of Mr. Hushion by Mr. Olsen.

9:31 a.m.		Cross examination of Mr. Hushion by Ms. VanLandschoot.

9:36 a.m.		Redirect examination of Mr. Hushion by Mr. Olsen.

Reference to the March 21, 2008 deposition transcript of Tom Hushion.

9:39 a.m.		Recross examination of Mr. Hushion by Ms. VanLandschoot.

9:40 a.m.		Plaintiff's witness, Lydia Martinez, sworn.

Direct examination of Ms. Martinez by Mr. Olsen.

9:45 a.m.		Plaintiff's witness, Kelly Holder, sworn.

Direct examination of Ms. Holder by Mr. Olsen.

9:51 a.m.		Plaintiff's witness, Todd Schreiber, sworn.

Direct examination of Mr. Schreiber by Mr. Olsen.

9:58 a.m.		Cross examination of Mr. Schreiber by Ms. VanLandschoot.

10:01 a.m.		Plaintiff's witness, Todd Sprague, sworn.

Direct examination of Mr. Sprague by Mr. Olsen.

10:06 a.m.		Cross examination of Mr. Sprague by Mr. Powell.

Reference to Plaintiff's Exhibit 10.

10:28 a.m.		Redirect examination of Mr. Sprague by Mr. Olsen.

Reference to the February 27, 2008 deposition transcript of Todd Sprague.

10:41 a.m.		Recross examination of Mr. Sprague by Mr. Powell.

10:44 a.m.		Further examination of Mr. Sprague by Mr. Olsen.

Court instructs jurors.

Jurors excused.

April 22, 2009
07-cv-00724-RPM

| | |
|---|---|
| **10:46 a.m.** | **Court in recess.** |
| **11:03 a.m.** | **Court in session.** |

Jurors present.

11:05 a.m.      Plaintiff's witness, Deedee Dalvit, sworn.

Direct examination of Ms. Dalvit by Mr. Olsen.

11:20 a.m.      Cross examination of Ms. Dalvit by Mr. Powell.

Reference to the September 7, 2007 deposition transcript of Deedee Dalvit.

11:35 a.m.      Redirect examination of Ms. Dalvit by Mr. Olsen.

Court instructs jurors.

11:37 a.m.      Recross examination of Ms. Dalvit by Mr. Powell.

1:39 a.m.      Plaintiff's witness, Jeanne Nelli, sworn.

Direct examination of Ms. Nelli by Mr. Olsen.

**Plaintiff's Exhibits 8 and 11 identified, stipulated and received.**

11:42 a.m.      Plaintiff's witness, Kevin Mortimer, sworn.

Direct examination of Mr. Mortimer by Mr. Olsen.
Reference to Plaintiff's Exhibits 12, 11, 26, 28, 1 and 16.

Plaintiff rests.

Court instructs jurors.
Jurors excused.

Defendant's Motion for Judgment as a Matter of Law, filed April 22, 2008.
Argument by Mr. Powell.

**ORDERED:  Defendant's Motion for Judgment as a Matter of Law, filed April 22, 2008, is denied.**
           **No evidence presented to support punitive damages.**

Discussion regarding scheduling.

April 22, 2009
07-cv-00724-RPM

**12:10 p.m.        Court recess.**
**1:30 p.m.         Court in session.**

Jurors present.

1:33 p.m.        Defendant recalls, Kevin Mortimer.

Direct examination of Mr. Mortimer by Powell.

Reference to Defendant's Exhibits C and D.
Reference to Plaintiff's Exhibit 16.

2:45 p.m.        Cross examination of Mr. Mortimer by Mr. Olsen.

Reference to Defendant's Exhibit A.
Plaintiff's Exhibit 29 identified, offered, defendant's objection sustained.

3:12 p.m.        Redirect examination of Mr. Mortimer by Mr. Powell.

Court instructs jurors.
Jurors excused.

**3:16 p.m.        Court in recess.**

Counsel receive Court's proposed jury instructions and verdict form.

**3:30 p.m.        Court in session.**

Jurors present.

3:32 p.m.        Defendant recalls plaintiff Jennifer McInerney.

Reference to Plaintiff's Exhibit 40.

3:38 p.m.        Defendant recalls Jeanne Nelli.

Direct examination of Ms. Nelli by Mr. Powell.

Reference to Defendant's Exhibits C and R.

Court instructs jurors.
Jurors excused until 9:00 a.m., April 23, 2009.

Discussion regarding scheduling.

April 22, 2009
07-cv-00724-RPM

**4:36 p.m.** **Court in recess.**
**4:58 p.m.** **Court in session.**

Mr. Olsen states plaintiff has no objections to proposed jury instructions.
Mr. Powell states defendant's objections and makes arguments to proposed jury instructions.

Mr. Olsen states plaintiff has no objections to proposed verdict form.

Mr. Powell tenders defendant's proposed instructions and Court makes rulings.

Discussion regarding closing arguments.

**5:25 p.m.** **Court in recess.**

**Clerk's note:** Tendered and refused instructions attached.

Trial continued. Total time: 7 hrs. 5 min.