IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00724-RPM

JENNIFER McINERNEY,

     Plaintiff,

vs.

UNITED AIR LINES, INC., a Delaware corporation,

     Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR DISCOVERY AND DESIGNATION OF EXPERT WITNESSES
_____

On May 21, 2009, the defendant filed a pleading designated Motion to Set Schedule for Obtaining Discovery, and Designating Expert Witnesses on Equitable Damages. The plaintiff filed an opposition on May 22, 2009, and the defendant filed a reply on June 1, 2009. In this Court's view, the issue of an equitable remedy does not require expert testimony and no additional discovery is required. It is therefore

     ORDERED that the defendant's motion is denied.

     DATED: June 8th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge