IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

vs.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.
_____

## ORDER APPROVING STIPULATION
_____

    Pursuant to the Stipulation and Status Report, filed July 4, 2009 [91], it is

    ORDERED that the Stipulation is approved that neither party seeks employment reinstatement of plaintiff and the hearing scheduled for July 9, 2009 is limited to the issue of damages.

    DATED: July 6th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge