IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

vs.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

_____

ORDER FOR ENTRY OF JUDGMENT
_____

    Pursuant to the oral ruling today, it is

    ORDERED that the Clerk will enter judgment for the plaintiff Jennifer McInerney and against defendant United Air Lines in the amount of $389,877.00.

    DATED: July 23rd, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge