# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

_____

## ORDER GRANTING MOTION FOR STAY BY SUPERSEDEAS BOND
_____

Upon consideration of United Air Lines, Inc.'s Motion for Stay by Supersedeas Bond, it is

ORDERED that the motion is granted as follows:

1. United shall file a bond with this Court in the amount of $623,591.81 within 14 days from the date of this Order; and

2. Execution of the judgment by Plaintiff shall be stayed upon United posting the referenced bond.

DATED this 30th day of September, 2009.

BY THE COURT

s/Richard P. Matsch
_____
The Honorable Richard P. Matsch
Senior United States District Court Judge