IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

vs.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

---

ORDER DEFERRING RULING ON MOTIONS FOR FEES

---

    The parties having filed notices of appeal, it is

    ORDERED that ruling on the motions for attorney fees is deferred pending appeal.

    DATED: September 30th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge