IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00724-RPM

JENNIFER McINERNEY,

    Plaintiff,

vs.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

_____

ORDER TO RESPOND TO MOTIONS FOR AWARD OF ATTORNEY'S FEES
_____

    On September 21, 2009, the plaintiff filed a motion for award of attorney's fees in the sum of $105,000 and on September 28, 2009, plaintiff filed a motion for award of supplemental attorney's fees in the sum of $12,745.60.  On September 30, 2009, this Court entered an order deferring ruling on those motions pending the appeal.  The Tenth Circuit Court of Appeals entered its Order and Judgment on April 11, 2011, affirming the judgment and the Mandate was received on June 15, 2011.  It is now

    ORDERED that the defendant now file its response to the plaintiff's motion and supplemental motion for award of attorney's fees on or before July 15, 2011.

    DATED:  June 23rd, 2011

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                   _____

                                   Richard P. Matsch, Senior District Judge