IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00724-RPM

JENNIFER McINERNEY,

      Plaintiff,

vs.

UNITED AIR LINES, INC., a Delaware corporation,

      Defendant.
_____

ORDER APPROVING STIPULATION REGARDING INTEREST, ATTORNEYS' FEES
AND COSTS
_____

Upon consideration of the Motion for Court Approval of Attached Stipulation Re:

Interest, Attorney's Fees and Costs [135] filed July 13, 2011, it is

ORDERED that the motion is granted and the Stipulation Regarding Interest,

Attorneys' Fees and Costs attached thereto is approved.

DATED:   July 14th, 2011

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge